UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLEM GILLS, ET AL.                                                          CIVIL ACTION

VERSUS                                                                              NO: 18-13604

KARL ST. AMANT, ET AL.                                                  SECTION: "A" (5)

## MINUTE ENTRY (JS-10: 15)

On December 5, 2019, the Court held a status conference with the following counsel in attendance: Joseph Bruno, Sr., Donald Reichert, and Vanessa Motta for Plaintiffs; Ross Molina for Defendants. The Court set the conference at the request of the parties. (Rec. Doc. 12).

At the conference counsel apprised the Court as to the status of the case. The Court determined that the case should be stayed at this time.

Accordingly;

**IT IS ORDERED** that this matter is **STAYED** pending further orders of the Court;

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes. The Court shall retain jurisdiction and the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

\* \* \* \* \* \* \*