UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLEM GILLS, ET AL.** | **CASE NO. 2:18-CV-13604** |
| **V.** | **JUDGE JAY C. ZAINEY** |
| **KARL ST. AMANT, ET AL.** | **MAG. JUDGE MICHAEL NORTH** |

### RESPONSE TO PLAINITFFS' MOTION TO LIFT STAY

NOW INTO COURT, through undersigned counsel, come Defendants Karl St. Amant and KS Trans, Inc. ("Defendants"), who, in response to Plaintiffs' motion to lift stay, respectfully represent as follows:

This case arises from an April 4, 2018 motor vehicle accident that allegedly occurred on I-10 West in St. Tammany Parish and allegedly involved Plaintiffs—Clem Gills, Japena Gills, Henry Alexander, and Edward Charles—and Karl St. Amant. Plaintiffs allege that as Mr. Gills was operating his vehicle (in which the remaining Plaintiffs were passengers) in the middle lane of I-10 West, Mr. St. Amant was operating a tractor-trailer in the right lane of I-10 West. Plaintiffs allege that Mr. St. Amant attempted to merge into Plaintiffs' lane, causing a collision with Plaintiffs' vehicle. Plaintiffs allege that, as a result of the Incident they suffered personal injury.

Plaintiffs filed suit in this Court on December 12, 2018. On November 21, 2019, the parties jointly moved for a status conference. The Court granted the motion, and a status conference was held on December 5, 2019. Following the status conference, the Court ordered that the case be stayed, pending further orders of the Court. On June 27, 2023, Plaintiffs moved to lift the stay and set the motion for submission on July 19, 2023. This response timely follows.

As this case was stayed on the Court's motion, Defendants take no position on whether it is appropriate at this time for the Court to lift its stay. Nonetheless, Defendants note that Plaintiffs

1

284698548v.1

represent that "the requirement was for Plaintiff's [sic] counsel to have a trial occur and then request the stay be lifted."[1] Plaintiffs further represent that "three trial have occurred with Plaintiff's [sic] counsel, since this matter was stayed."[2] Plaintiffs' motion, however, is devoid of any evidentiary support.

Given the issues that prompted the Court to stay this matter, the condition put in place for the lifting of the stay, and the lack of evidentiary support in Plaintiffs' motion that such condition has been satisfied, Defendants respectfully suggest that the Court set a status conference at which these issues may be discussed.

Respectfully submitted,

/s/ Donald G. Cassels, III
Donald G. Cassels, III (La. Bar No. 33765)
Christopher B. Cortez (La. Bar No. 35459)
400 Poydras Street, Suite 2250
New Orleans, Louisiana 70130
Telephone: (504) 702-1210
Facsimile: (504) 702-1715
Email: donald.cassels@wilsonelser.com
Email: christopher.cortez@wilsonelser.com

*Attorneys for Karl St. Amant and KS Trans. Inc.*

---

[1] Doc 20-1 (Memorandum in Support of Motion to Lift Stay), p. 2. Plaintiffs do not indicate whether the trial referred to was in any particular case.
[2] Ibid.

2

284698548v.1

## **CERTIFICATE OF SERVICE**

I certify that the foregoing pleading has been served on all counsel of record through the Court's CM/ECF system this 10th day of July 2023.

/s/ Donald G. Cassels, III
Donald G. Cassels, III (La. Bar No. 33765)

284698548v.1