UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLEM GILLS, ET AL. | CIVIL ACTION |
| VERSUS | NO: 18-13604 |
| KARL ST. AMANT, ET AL. | SECTION: "A" (5) |

## ORDER

**IT IS ORDERED** that Plaintiffs' **Motion to Lift Stay (Rec. Doc. 20) is GRANTED** for the reasons argued by the plaintiffs in their memorandum in support. The stay is lifted, the case is reopened, and it is returned to active status.

**IT IS FURTHER ORDERED** that the Case Manager for Section A shall notice and conduct a telephone scheduling conference for the purpose of entering a scheduling order in this matter.

July 12, 2023

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE