UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLEM GILLS, JAPENA GILLS, HENRY ALEXANDER, AND EDWARD CHARLES** | * * * * | **CIVIL ACTION NO.: 18-13604** |
| | * | **SECTION: "A" (5)** |
| **VERSUS** | * * * | |
| | * | **JUDGE ZAINEY** |
| **KARL ST. AMANT, KS TRANS INC., ABC INSURANCE COMPANY, AND XYZ INSURANCE COMPANY** | * * * | **MAGISTRATE NORTH** |

**********************************************************************

**O R D E R**

Considering the foregoing **SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF THE PROPER PARTY**

**IT IS ORDERED** that the motion is **GRANTED,** and that Clem Payne, the representative and one of the successors, is now substituted as the proper party for deceased Plaintiff, Clem Gills.

9/11/23

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE