UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLEM GILLS, ET AL.** | **CASE NO. 2:18-CV-13604** |
| **V.** | **JUDGE JAY C. ZAINEY** |
| **KARL ST. AMANT, ET AL.** | **MAG. JUDGE MICHAEL NORTH** |

**DEFENDANTS' MOTION TO COMPEL
PLAINTIFFS' DISCOVERY RESPONSES AND DEPOSITIONS**

NOW INTO COURT, through undersigned counsel, come Defendants Karl St. Amant and KS Trans, Inc. (collectively, "Defendants"), who, pursuant to Rule 37 of the Federal Rules of Civil Procedure, move to compel Plaintiffs Clem Payne, individually and on behalf of Clem Gills, Japena Gills, Henry Alexander, and Edward Charles to provide complete responses to interrogatories and requests for production of documents propounded on Plaintiffs by Defendants on November 16, 2023, and to submit to deposition.

To date, Plaintiffs have failed to provide basic information requested by Defendants in written discovery—most notably, Plaintiffs have refused to identify their pre-accident medical providers, employment history, and criminal convictions. Additionally, despite repeated requests, Plaintiffs have not provided their deposition availability. A Rule 37 conference was held on January 19, 2024 to discuss Plaintiffs' woefully deficient discovery responses and their deposition availability; however, despite the Rule 37 conference and assurances by Plaintiffs' counsel that she would provide updated responses and her clients' deposition availability, Plaintiffs still have not provided adequate responses to the most basic discovery requests or provided their deposition availability.

Accordingly, Defendants now file this motion to compel Plaintiffs' discovery responses and deposition availability, seeking an order for Plaintiffs to provide complete responses to Defendants' discovery requests and their deposition availability within ten days following the submission date of this motion, and for the Court to order Plaintiffs to pay Defendants' reasonable expenses and attorney fees incurred in preparing and filing this motion.

    Respectfully submitted,

/s/ Donald G. Cassels, III_____
Donald G. Cassels, III (La. Bar No. 33765)
Christopher B. Cortez (La. Bar No. 35459)
400 Poydras Street, Suite 2250
New Orleans, Louisiana 70130
Telephone: (504) 702-1210
Facsimile: (504) 702-1715
Email: donald.cassels@wilsonelser.com
Email: christopher.cortez@wilsonelser.com
*Attorneys for Karl St. Amant and KS Trans. Inc.*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing pleading has been served on all counsel of record through the Court's CM/ECF system this 5th day of February, 2024.

/s/ Donald G. Cassels, III
Donald G. Cassels

292344297v.1