UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLEM GILLS, ET AL.           CIVIL ACTION

VERSUS          NO: 18-13604

KARL ST. AMANT, ET AL.          SECTION: "A" (5)

## ORDER

**IT IS ORDERED** that a status conference with the Court is set for **Thursday, March 14, 2024, at 10:30 a.m.** IN CHAMBERS to discuss the _opposed_ Motion to Continue Deadlines and Trial (Rec. Doc. 36) filed by the defendants.

March 6, 2024

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE