**MINUTE ENTRY**
**NORTH, M.J.**
**MARCH 20, 2024**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLEM GILLS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 18-13604** |
| **KARL ST. AMANT, ET AL.** | **SECTION: "A"(5)** |

On this date, Plaintiffs' Motion to Quash Defendants' Subpoena Duces Tecum for Cell Phone Records (rec. doc. 39) and Plaintiffs' Motion to Quash Defendants' Subpoena Duces Tecum to Louisiana Department of Public Safety and Corrections and Request for Attorney's Fees and Sanctions (rec. doc. 42) came on for oral hearing before the undersigned. Present were Vanessa Motta on behalf of Plaintiffs and Christopher Cortez and Devin Barnett on behalf of Defendants. Jodi Simcox was the court reporter. For the reasons stated on the record,

**IT IS ORDERED** that Plaintiffs' Motion to Quash Defendants' Subpoena Duces Tecum for Cell Phone Records (rec. doc. 39) is **GRANTED**. The Court finds Defendants' request for Plaintiffs' phone records far too broad and disproportionate to the needs of the case given that Defendants have raised no affirmative defense to which the records would be relevant.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Quash Defendants' Subpoena Duces Tecum to Louisiana Department of Public Safety and Corrections and Request for Attorney's Fees and Sanctions (rec. doc. 42) is **GRANTED IN PART**. Defendants shall reissue the subpoenas for Plaintiffs' medical records with a 10-year temporal limitation. Should Defendants receive a return on their first subpoenas for medical records before they reissue the revised subpoenas, Defendants shall ignore the documents and so certify

MJSTAR: 00:12

to the Court. The 10-year temporal limitation shall not apply to any criminal history records as the Court finds that such records beyond 10 years are discoverable. No subpoena for medical or criminal history records shall issue with regard to Plaintiff Clem Payne, who participates in this lawsuit in only an administrative capacity.

                                              **MICHAEL B. NORTH**
                                    **UNITED STATES MAGISTRATE JUDGE**