UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLEM GILLS ET AL                                         CIVIL ACTION

VERSUS                                                   NO: 18-13604

KARL ST. AMANT ET AL                                     SECTION: A(5)

### NOTICE REGARDING ORAL ARGUMENT REQUEST

A request for oral argument has been filed in conjunction with a **Motion for Reconsideration (Rec. Doc. #48)**, scheduled for submission before the district judge in this matter. <u>Notwithstanding Local Rule 78.1</u>, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request. Counsel should <u>not</u> appear for oral argument until ordered to do so. Deadlines for response memoranda are not extended--those deadlines are based on the <u>noticed</u> submission date and are governed by the Local Rules.

THIS NOTICE DOES <u>NOT</u> APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

3/26/2024

JENNIFER SCHOUEST LIMJUCO, FOR THE COURT
CASE MANAGER, SECTION A
jennifer_schouest@laed.uscourts.gov