UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLEM GILLS, ET AL.                                    CIVIL ACTION

VERSUS                                                NO: 18-13604

KARL ST. AMANT, ET AL.
                                                      SECTION: "A" (5)

## ORDER

**IT IS ORDERED** that the Clerk of Court shall administratively close this matter

pending further orders of the Court.

December 28, 2024

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE